IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JOSEPH BERNARD DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 315-032 |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**O R D E R**
_____

Let a copy of this Report and Recommendation be served upon counsel for the
parties. Any party who objects to this Report and Recommendation or anything in it must
file, not later than March 28, 2016, written objections specifically identifying the portions of
the proposed findings and recommendation to which objection is made and the specific basis
for objection.[1]  The Clerk will submit this Report and Recommendation together with any
objections to United States District Judge Dudley H. Bowen, Jr., on March 29, 2016. Failure
to file specific objections within the specified time means that this Report and
Recommendation may become the opinion and order of the Court, Devine v. Prison Health
Servs., Inc., 212 F. App'x 890, 892 (11th Cir. 2006), and may limit a party's appellate rights.
Dupree v. Warden, 715 F.3d 1295, 1300 (11th Cir. 2013).

_____

[1]A copy of the objections must be served upon all other parties to the action.

Requests for extension of time to file objections to this Report and Recommendation shall be directed to Judge Bowen.

A party may not appeal a Magistrate Judge's recommendation directly to the United States Court of Appeals for the Eleventh Circuit. Appeals may be made only from a final judgment entered by the District Judge.

SO ORDERED this 10th day of March, 2016, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA